IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS HORTON, | § | |
| Plaintiff, | § | |
| | § | |
| V | § | CASE NO. 3:22-CV-2914-C |
| | § | |
| RESORT VACATIONS, INC | § | |
| Defendant. | § | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully requests the Court's leave to file the attached Amended Complaint. Rule 15(a) permits a party to amend its pleading within 21 days of receiving a motion under Rule 12(b). Rule 15 also provides that a party may amend its pleading with the court's leave and that "the court should freely give leave when justice so requires." Allowing the Plaintiff to file the Amended Complaint would serve justice and promote judicial efficiency as it would expedite the settling of this matter. Furthermore, there would be no substantial or undue prejudice, bad faith, undue delay, or futility in granting this leave.

Through the Amended complaint, the Plaintiff seeks to clarify the facts of the complaint, fix a date mistake, and address issues identified by the Defendant such as removing one of the causes of action that does not apply to these types of calls. He is also adding an additional cause of action that the Defendant is liable for. To better reflect what actually transpired with these calls and to save future litigation, it is necessary to amend the complaint.

Plaintiff prays that this motion is accepted for expediency as it would negate the need to file an additional complaint at a later date that could again wind up in this court.

Dated: 2/13/2023        Respectfully submitted,

[1]

_/s/ Lucas Horton_

_____

Lucas Horton
lukeduke365@yahoo.com
1202 Stratford Dr
Richardson, TX 75080
Tel: (214) 909-3341
**Plaintiff**